UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                Plaintiff,<br><br>v.<br><br>JOSE ALBERTO BOJORQUEZ,<br><br>                                Defendant. | Case No.: 20CR1594-JLS<br><br>**ORDER GRANTING EMERGENCY MOTION FOR IMMEDIATE RELEASE** |

Good cause appearing, Defendant's Emergency Motion for Immediate Release (ECF 77) is **HEREBY GRANTED.**  Defendant's sentence of imprisonment expired on January 4, 2022.  Accordingly, Defendant shall be released from custody immediately.

IT IS SO ORDERED.

Dated: January 6, 2022

                                                Hon. Janis L. Sammartino
                                                United States District Judge